UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : | Crim. No. 06-798(KSH) |
| MICHAEL BAKHTIAR | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Ronald D. Wigler, Assistant U.S. Attorney), and defendant Michael Bakhtiar (by Anthony G. Simonetti, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The discovery in the case originates from multiple states and from both state and federal jurisdiction;

3. Given the nature of the investigation, time is needed to, among other things, prepare transcripts of the relevant conversations obtained during the course of the investigation;

4. In light of the discovery and depending upon the results of his investigation, the defendant will need time to determine whether or not to file motions in this matter and what motions should be filed;

5. In light of these findings, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act;

6. The grant of a continuance will enable counsel for the defendant to adequately review the discovery, prepare motions and proceed with trial;

7. Defendant has consented to the aforementioned continuance; and

8. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 7/3 day of ~~June~~ July, 2007,

ORDERED that the proceedings in the above captioned matter are continued for a period of sixty (60) days, from September 15, 2007 through November 13, 2007, and

IT IS FURTHER ORDERED that the period from September 15, 2007, through November 13, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. KATHARINE S. HAYDEN
United States District Judge

Consented and Agreed to by:

Anthony G. Simonetti, Esq.
Counsel for Defendant Michael Bakhtiar

Ronald D. Wigler
Senior Litigation Counsel
Assistant U.S. Attorney

ORDERED that the proceedings in the above captioned matter are continued for a period of sixty (60) days, from September 15, 2007 through November 13, 2007; and

IT IS FURTHER ORDERED that the period from September 15, 2007, through November 13, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Consented and Agreed to by:

_____
Anthony G. Simonetti, Esq.
Counsel for Defendant Michael Bakhtiar

_____
Ronald D. Wigler
Senior Litigation Counsel
Assistant U.S. Attorney