UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : | Crim. No. 06-798(KSH) |
| MICHAEL BAKHTIAR | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Ronald D. Wigler, Assistant U.S. Attorney), and defendant Michael Bakhtiar (by Anthony G. Simonetti, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___6___ day of June, 2008,

ORDERED that the proceedings in the above captioned matter are continued for a period of forty-five (45) days, from June 4, 2008 through July 18, 2008; and

IT IS FURTHER ORDERED that the period from June 4, 2008, through July 18, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Consented and Agreed to by:

_____
Anthony G. Simonetti, Esq.
Counsel for Defendant Michael Bakhtiar


_____
Ronald D. Wigler
Senior Litigation Counsel
Assistant U.S. Attorney

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of June, 2008,

ORDERED that the proceedings in the above captioned matter are continued for a period of forty-five (45) days, from June 4, 2008 through July 18, 2008; and

IT IS FURTHER ORDERED that the period from June 4, 2008, through July 18, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. KATHARINE S. HAYDEN
United States District Judge

Consented and Agreed to by:

Anthony G. Simonetti, Esq.
Counsel for Defendant Michael Bakhtiar

Ronald D. Wigler
Senior Litigation Counsel
Assistant U.S. Attorney