UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katharine S. Hayden |
| V. | : Crim. No. 06-798(KSH) |
| Michael Bakhtiar | : <u>SEALING ORDER</u> |

This matter having been brought before the Court upon the application of the defendant (Anthony G. Simonetti, Esq. representing defendant Michael Bakhtiar) and the United States, by Christopher J. Christie, United States Attorney (Ronald D. Wigler, Assistant U.S. Attorney, appearing), having consented to this application, and for good cause having been shown,

IT IS on this 24 day of April, 2007,

ORDERED that Criminal Complaint, Mag. No. 06-8001 be and hereby is SEALED, until further order of this Court.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge