UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katharine S. Hayden |
| V. | : Crim. No. 06-798(KSH) |
| Michael Bakhtiar | :        **ORDER** |

      This matter having been brought before the Court upon the motion of the defendant (Anthony G. Simonetti, Esq. representing defendant Michael Bakhtiar) for an order suppressing the evidence seized as a result of a search on January 14, 2006 by Sgt. Eric Coffman of the Junction City, Kansas Police Department and the United States, by Christopher J. Christie, United States Attorney (Ronald D. Wigler, Assistant U.S. Attorney, appearing), having opposed this motion to suppress, and the Court having considered the motion of the defendant, all supporting and opposing papers and briefs of counsel, all testimony elicited at the suppression hearing on December 20, 2007 and January 14, 2008, summations of counsel delivered in Court on March 25, 2008, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT as delivered in open court, on the 4th day of June, 2008, that the defendant's motion

to suppress the evidence seized on January 14, 2006 is hereby DENIED for all of the reasons set forth on the record.

      /s/ Katharine S. Hayden
HONORABLE KATHARINE S. HAYDEN
United States District Judge