PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Bakhtiar                               Cr.:06-00798-001
                                                                 PACTS#: 31996

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 06-30-09

Original Offense: Conspiracy to Possess with intent to Distribute 50 grams or more of D-Methamphetamine (21 U.S.C. § 846) and Possession with intent to Distribute 50 grams of more of D-Methamphetamine Hydrochloride (21 U.S.C. § 841 (a)(1)

Original Sentence: Time served and five years supervised release

Type of Supervision: Supervised release                    Date Supervision Commenced: 06-30-09

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

### CAUSE

Mr. Bakhtiar is 67 years old and was diagnosed with colon cancer while in custody. He was released at sentencing and temporarily resided with a friend in Middletown, New Jersey. The offender was not placed on home confinement at that time due to the residential circumstances and his health issues. Shortly thereafter, Mr. Bakhtiar secured Social Security and medicare benefits, relocated to his own apartment in Elizabeth, and recently began radiation treatment in Staten Island, New York. Due to the radio frequency associated with the electronic monitoring device, doctors recommended against the use of this device while undergoing testing and radiation treatment, due to possible harm to the patient. As such, we respectively request that the electronic monitoring application be removed and the offender be placed on non-electronic home confinement through our voice verification system.

Respectfully submitted,

By: Kevin M. Villa
Senior U.S. Probation Officer
Date: September 8, 2009

PROB 12B - Page 2
Michael Bakhtiar

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/29/09
_____
Date